UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Earnest Jackson, Jr. | ) CASE NO. 17-72755-PMB |
| | ) |
| | ) |
| DEBTOR. | ) |

## CHAPTER 13 TRUSTEE'S
## OBJECTION TO CONFIRMATION & MOTION TO DISMISS CASE
## PURSUANT TO 11 U.S.C. SECTION 109(g)(1)

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Sections 1307(c), 109(g), 349(a), and 105(a), for cause, including the following reasons:

1. Debtor has failed to attend the 11 U.S.C. Section 341 hearing.

2. Peoples Loan and Finance filed a secured proof of claim; however, the Plan fails to provide treatment for said claim, in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

3. In accordance with General Order No. 18-2015 and the annexed Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of Debtor's $1,200.00 per month self-employment income, $362.00 per month Social Security income, and $3,168.00 per month Veteran's Administration Disability income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

4. The Chapter 13 petition and schedules fail to disclose Debtor's interest in real properties commonly known as 1767 Lynn Lane, 1749 Pansay Ave, and 3539 Autumn Lane, in violation of 11 U.S.C. Section 521.

5. The Debtor proposes to retain real property with pre-petition arrearage of $48,000.00 and negative equity, while paying unsecured creditors a zero percent (0%) dividend. Based on the foregoing, the proposed plan may violate 11 U.S.C. Section 1325 (a)(3).

6. The Plan should be amended to include a provision that, "Any federal tax refunds the Debtor is entitled to receive during the applicable commitment period shall be paid into the Debtor's Chapter 13 case. Further, the Debtor authorizes and instructs the Internal Revenue Service to send any refund for said years directly to the Debtor's Chapter 13 Trustee. Upon written request to the Chapter 13 Trustee, the Debtor may retain up to $1,500.00 of a tax refund without a motion being filed." 11 U.S.C. Sections 1325(a)(3) and 1325(b)(1)(B).

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

7.  Debtor may have transferred, sold or converted two (2) pieces of real property in Macon, Georgia commonly known as 1749 Pansay Ave. and 3539 Autumn Lane, assets, possibly in violation of Bankruptcy Rule 6004 and 11 U.S.C. Sections 547, 548, 1325(a)(1), 1325(a)(3), and 1325(a)(7). The Trustee requests the Debtor provide copies of all documentation concerning said transfer, including, but not limited to, all deeds, certificates of title, security deeds, promissory notes and/or retail installment contracts, appraisals, realtor contracts, HUD-1's or settlement statements and an accounting of how the net proceeds were spent, if applicable.

8.  Debtor has filed one (1) previous unsuccessful Chapter 13 case, being case number 16-60525 filed June 16, 2016 and dismissed prior to confirmation November 17, 2016. Based on the foregoing, the Chapter 13 Trustee respectfully moves the Court to dismiss the instant case with prejudice, thereby rendering the Debtor ineligible for relief under Title 11 for one hundred eighty (180) days, pursuant to 11 U.S.C. Sections 1325(a)(3), 1325(a)(7), 105(a), 109(g) and 349(a).

WHEREFORE, the Trustee moves the Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny Confirmation of the Debtor's Chapter 13 plan and dismiss the case pursuant to 11 U.S.C. Sections 105(a) and 109(g), thereby rendering the Debtor ineligible from re-filing another Bankruptcy case for one hundred eighty (180) days.

/s/ Jonathan S. Adams
Jonathan S. Adams
GA Bar No. 979073
Attorney for Chapter 13 Trustee

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    )        CHAPTER 13
Earnest Jackson, Jr                       )        CASE NO.: 16-72755-PMB
                                          )
                                          )
                                          )
           DEBTOR.                        )

16-72755-PMB                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):
    Earnest Jackson, Jr
    590 Western Ave. NW
    Atlanta, GA 30314

    DEBTOR(S) ATTORNEY:
    SAEDI LAW GROUP, LLC.
    SUITE 103
    3006 CLAIRMONT ROAD
    ATLANTA, GA 30329

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Wednesday, February 22, 2017

/s/
Jonathan S. Adams
GA Bar No. 979073
Attorney for Adam M. Goodman, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile:   678-510-1450