IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 16-72755-pmb |
| | } | |
| Earnest Jackson, Jr | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

**NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CONFIRMATION HEARING**

COMES NOW DEBTOR and notifies all parties on the attached list that the 341 Hearing in the above-styled Chapter 13 case has been rescheduled for **April 12, 2017 at 3:00 P.M. in** room 368. The Confirmation Hearing has been rescheduled for **May 18, 2017 at 9:30 A.M.** in Courtroom 1202 of the Richard Russell Federal Building at 75 Ted Turner Drive, SW, Atlanta, GA 30303.

Dated: Friday, March 10, 2017

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 16-72755-pmb |
| | } | |
| Earnest Jackson, Jr | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

## CERTIFICATE OF SERVICE

The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Adam Goodman
VIA ECF

Earnest Jackson, Jr
Hand delivered

Afni
Po Box 3427
Bloomington, IL 61702

Associated Credit Union
6251 Crooked Creek Road
Po Box 923028
Norcross, GA 30010

Belden Jewelers/Sterling Jewelers, Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309

BIBB COUNTY TAX OFFICE
P O BOX 4724
Macon, GA 31208

Buckley King LPA
600 Superior Avenue East, Suite 1400
Cleveland, OH 44114

Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595

Carrington Mortgage
Po Box 79001
Phoenix, AZ 85062

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193

Dr Leonards/Carol Wright Gifts
Po Box 7821
Edison, NJ 08818

Fingerhut
6250 Ridgewood Rd
St Cloud, MN 56303

First Savings Credit Card
Po Box 5019
Sioux Falls, SD 57117

Fst Premier
601 S Minneapolis Ave
Sioux Falls, SD 57104

Georgia Department of Revenue
ATTN: Bankruptcy Department
1800 Century Blvd., N.E.
Atlanta, GA 30345

Georgia Power
Attn: Paul W Bowers, CEO
241 Ralph McGill Blvd NE
Atlanta, GA 30308

Internal Revenue Service
ATTN: Bankruptcy Unit
Stop 335-D, PO Box 995
Atlanta, GA 30370

Kia Motors Finance Co
Po Box 20825
Fountain Valley, CA 92728

Midland Funding LLC
Attn: Brandon Black, CEO
3111 Camino Del Rio N
Suite 103
San Diego, CA 92108

Peoples Financial Corporation
c/o Paul Knighten
P.O. Box 2108
Atlanta, GA 30301

PFS Group LLC
c/o Poole Huffman, LLC
315 W. Ponce de Leon Ave.
Suite 344
Decatur, GA 30030

Santander Consumer USA
Po Box 961245
Ft Worth, TX 76161

Synchrony Bank/ JC Penneys
Po Box 965064
Orlando, FL 32896

TNC Finance Inc
Attn: Tracy Kayne, CEO
5610 Captains Ct
Gainesville, GA 30504

Dated: Friday, March 10, 2017

Saedi Law Group, LLC

_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com