UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Earnest Jackson, Jr. | ) CASE NO. 16-72755-PMB |
| | ) |
| | ) |
| DEBTOR. | ) |

## CHAPTER 13 TRUSTEE'S
## SUPPLEMENTAL OBJECTION TO CONFIRMATION
## & MOTION TO DISMISS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and objects to confirmation of the plan and files this motion to dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The Trustee incorporates by reference the objections to Confirmation previously filed, except objection number 1.

2. The Chapter 13 budget fails to include the Lynn Lane property expenses ($568.00 per month mortgage expense, $650.00 yearly property tax expense, and $585.00 per month homeowner's insurance expense); thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. Section 1325(a)(6).

3. The Chapter 13 petition and schedules fail to disclose Debtor's interest in real property commonly known as 3539 Antioch Ct. and real property commonly known as 663 Williams St., in violation of 11 U.S.C. Section 521.

4. The Debtor proposes to retain non-principal residential real property that is unoccupied and, pursuant to Debtor's testimony, costs $1,207.17 per month (principal, interest, taxes and insurance) with pre-petition arrearage of $10,000.00 and negative equity, while paying unsecured creditors a zero percent (0%) dividend. Based on the foregoing, the proposed plan may violate 11 U.S.C. Section 1325 (a)(3).

5. The stay was lifted on the Western Avenue property. The Plan should be amended accordingly.

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

WHEREFORE, Trustee moves this Honorable Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

/s/Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Earnest Jackson, Jr | ) | |
| | ) | CASE NO.: 16-72755-PMB |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

16-72755-PMB  **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):
Earnest Jackson, Jr
590 Western Ave. NW
Atlanta, GA  30314

DEBTOR(S) ATTORNEY:
SAEDI LAW GROUP, LLC.
SUITE 103
3006 CLAIRMONT ROAD
ATLANTA, GA  30329

in the foregoing matter with a copy of this Objection to Confirmation & Motion to Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

Wednesday, April 19, 2017

/s/
Adam M. Goodman
GA Bar No. 300887
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:    678-510-1450