IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: } | CASE NUMBER 16-72755-PMB |
| } | |
| Earnest Jackson, Jr } | CHAPTER 13 |
| } | |
| DEBTOR(S) } | |

## VOLUNTARY DISMISSAL UNDER SECTION 1307(b)

Comes now Debtor, by and through Debtor's attorney, and states the following:

Under Section 1307(b) of the U.S. Bankruptcy Code, the Debtor is entitled to have this Chapter 13 case dismissed at any time, and the Debtor, by this motion, respectively requests that such case be dismissed and the estate be closed as soon as practicable.

WHEREFORE, the Debtor pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, move this honorable court to enter an order dismissing this case and closing the estate as soon as practicable.

Respectfully submitted,

Dated: Thursday, April 20, 2017

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER 16-72755-PMB |
| | } | |
| Earnest Jackson, Jr | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I hereby declare under the penalty of perjury that:

"It was explained to me by my attorney, Saedi Law Group, LLC, and I understand, that once I voluntarily dismiss my bankruptcy case, I may not be able to refile a case under Federal Bankruptcy Law for 180 days."

Earnest Jackson, Jr

590 Western Ave. NW
Atlanta, GA 30314

Dated: Thursday, April 20, 2017
Earnest Jackson, Jr  /s/_____
                       Earnest Jackson, Jr

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER 16-72755-PMB |
| | } | |
| Earnest Jackson, Jr | } | CHAPTER 13 |
| | } | |
| DEBTOR | } | |

## CERTIFICATE OF SERVICE

The undersigned hereby swears or affirms that a copy of the foregoing pleading has been mailed to the following with sufficient postage affixed thereto to ensure delivery by first-class United States mail or by electronic means pursuant to Fed. R. Civ. P.(b)(2)(D) and Fed. R. Bankr. P. 9022:

Adam Goodman
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

Earnest Jackson, Jr
590 Western Ave. NW
Atlanta, GA 30314

Dated: Thursday, April 20, 2017

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com